IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| BIEDERMANN MOTECH GMBH and DEPUY SPINE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALPHATEC SPINE, INC., <br><br> Defendant. | Case No.: 06CV11111EFH <br><br> Judge Edward F. Harrington |

**PLAINTIFFS' MOTION FOR PARTIAL
<u>SUMMARY JUDGMENT OF INFRINGEMENT</u>**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Plaintiffs, Biedermann Motech GmbH and DePuy Spine, Inc. (collectively, "Biedermann") hereby move for partial summary judgment finding that the Accused Products of Alphatec Spine, Inc. ("Alphatec") include a receiver member having "two holes for receiving a rod."

For reasons set forth in Plaintiffs' Opposition to Alphatec's Motion for Summary Judgment, filed concurrently herewith, the statement of undisputed facts filed concurrently herewith, and upon any further evidence and argument that is submitted at or before the hearing on this matter, this motion should be granted.

<u>REQUEST FOR ORAL ARGUMENT</u>

Pursuant to L.R. 7.1(D), Alphatec requests that the Court hear oral argument on this issue.

<u>LOCAL RULE 7.1(A)(2) CERTIFICATION</u>

Counsel for Biedermann hereby certify that they have conferred with counsel for Alphatec in a good faith attempt to resolve or narrow the issue presented in this motion. Counsel's attempts were unsuccessful.

Dated: February 9, 2007

Respectfully submitted,
BIEDERMANN MOTECH GMBH
and DEPUY SPINE, INC.,

By their attorneys,

/s/ Scott E. Erlich
Scott E. Erlich (BBO# 637202)
serlich@nutter.com
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2604
Telephone: (617) 439-2000
(For BIEDERMANN MOTECH GMBH and
DEPUY SPINE, INC.)

Calvin P. Griffith (*admitted pro hac vice*)
Patrick J. Norton (*admitted pro hac vice*)
Isaac A. Molnar (*admitted pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
(For DEPUY SPINE, INC.)

Luke L. Dauchot (*admitted pro hac vice*)
Greer N. Shaw (BBO #638128)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
(For BIEDERMANN MOTECH GMBH)

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on February 9, 2007.

/s/ Scott E. Erlich
Scott E. Erlich (BBO# 637202)

1603838.1

CLI-1490584v1